UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ANTHONY K. ANDERSON, | Case No. 2:20-cv-00675-GMN-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner Anthony K. Anderson has submitted a petition for a writ of habeas corpus (ECF Nos. 1-1, 1-4).  His application to proceed in forma pauperis is granted. Petitioner has challenged the same judgment of conviction in at least two previous actions filed in this court: 2:13-cv-00716-APG-VCF; 2:16-cv-02215-APG-PAL.  In the first action listed, this court denied the habeas petition on the merits (2:13-cv-00716-APG-VCF, ECF No. 5).  The court dismissed Anderson's second federal habeas petition as second or successive (2:16-cv-02215-APG-PAL, ECF No. 14). Petitioner was required to obtain authorization from the court of appeals before he could proceed with a second or successive petition.  28 U.S.C. § 2244(b)(3); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).  Petitioner does not indicate that he has sought and obtained such authorization here, and this petition shall also be dismissed with prejudice as second and successive.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF Nos. 1-1 and 1-4).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice as a successive petition.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: 5 May 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE